# KAUFMAN & KAHN, LLP

July 7, 2023

BY ECF

Hon. Judge Paul G. Gardephe
United States District Court, Southern District of New York
40 Foley Square, Room 2204
New York, New York  10007

    Re:    *TF Entertainment Corp., et al. v. Safavieh, Inc., et al.* (No. 1:23-cv-3218-PGG)

To the Honorable Judge Gardephe:

    We are counsel to defendants Safavieh, Inc. and Safavieh Intl LLC in the above-referenced case. We respectfully request that the Pretrial Conference presently scheduled for July 20, 2023, be re-scheduled, as the undersigned will be out of the country that week on vacation. Plaintiff's counsel has consented to re-schedule the conference provided that it take place either in early or mid-August, or after mid-September, but not between August 16, 2023 and September 13, 2023.

    Thank you for your consideration of this matter.

                                              Respectfully submitted,

                                              /s/ Mark S. Kaufman
                                              Mark S. Kaufman

    **MEMO ENDORSED:** The conference scheduled for July 20, 2023 is adjourned to August 17, 2023 at 10:00 a.m.

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge

    Dated:  July 12, 2023