# KAUFMAN & KAHN, LLP

September 5, 2023

BY ECF

Hon. Judge Paul G. Gardephe
United States District Court, Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:     *TF Entertainment Corp., et al. v. Safavieh, Inc., et al.* (No. 1:23-cv-3218-PGG)

To the Honorable Judge Gardephe:

We are counsel to defendant-counterclaimants Safavieh, Inc. and Safavieh Intl LLC in the above-referenced case.   Counsel for all parties request that the Pre-Trial Conference presently scheduled for September 7, 2023 be adjourned for two weeks until September 21, 2023.  The reason for this second request for adjournment is that having agreed to a Stipulated Permanent Injunction which the Court so ordered on August 24, 2023 (Dkt. 26), counsel for the parties are making progress in negotiating a monetary amount necessary to resolve the case.

Thank you for your consideration of this matter.

**MEMO ENDORSED:**  The conference scheduled for September 7, 2023 is adjourned to September 21, 2023 at 11:00 a.m.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated:  September 6, 2023

Respectfully submitted,

/s/ Mark S. Kaufman
Mark S. Kaufman