# KAUFMAN & KAHN, LLP

September 5, 2023

BY ECF

Hon. Judge Paul G. Gardephe
United States District Court, Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    *TF Entertainment Corp., et al. v. Safavieh, Inc., et al.* (No. 1:23-cv-3218-PGG)

To the Honorable Judge Gardephe:

    We are counsel to defendant-counterclaimants Safavieh, Inc. and Safavieh Intl LLC in the above-referenced case. Counsel for all parties request that the Pre-Trial Conference presently scheduled for September 21, 2023 be adjourned for two weeks until October 5, 2023. The reason for this third request for adjournment is that counsel for the parties are making progress in negotiating a monetary amount necessary to resolve the case, but we have been unable to confer with our clients because they have been travelling.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    /s/ Mark S. Kaufman
    Mark S. Kaufman

cc. (by ECF):
    Christopher Collins
    Bill Chimos

**MEMO ENDORSED:** The conference scheduled for September 21, 2023 is adjourned to **October 12, 2023 at 11:00 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: September 20, 2023

10 GRAND CENTRAL
155 EAST 44TH STREET, 19TH FLOOR • NEW YORK, NEW YORK 10017
TEL.: (212) 293-5556 x. 2 • E-MAIL: KAUFMAN@KAUFMANKAHN.COM