UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TF ENTERTAINMENT CORP., et al.,

        Plaintiffs,

- against -

SAFAVIEH, INC., et al.,

        Defendants.

**ORDER**

23 Civ. 3218 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine die</u>, and any pending motions are moot.

Dated: New York, New York
      October 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge